

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-24-2013

# In Re: W.R. Grace & Co.

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2807

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: W.R. Grace & Co. " (2013). *2013 Decisions.* Paper 508.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/508

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2807
_____

W.R. GRACE & CO., et al, Debtors
Garlock Sealing Technologies, LLC,

Appellant

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 11-cv-00199)
District Judge: Hon. Ronald L. Buckwalter
_____

ORDER AMENDING OPINION

The opinion filed on July 24, 2013, incorrectly included Ann C. Cordo, Esq. of Morris, Nichols, Arsht & Tunnell as counsel for W.R. Grace. The opinion is hereby amended deleting Ms. Cordo in the listing of counsel for W.R. Grace.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: July 24, 2013
PDB/cc: All Counsel of Record